# Third District Court of Appeal

## State of Florida

Opinion filed November 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0237
Lower Tribunal No. 21-250-K
_____

**Jean Rolby Louis,**
Appellant,

vs.

**Riviera EFTF., LLC,**
Appellee.

An Appeal from the County Court for Monroe County, Peary S. Fowler, Judge.

Hoffman, Larin & Agnetti, P.A., and John B. Agnetti, for appellant.

Smith Hawks, P.L., and Jacob C. McMahon and Christopher B. Deem, for appellee.

Before LINDSEY, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.